No. 02–88.   AUDIO ODYSSEY, LTD., ET AL. *v.* BRENTON FIRST NATIONAL BANK ET AL.   C. A. 8th Cir.   Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–265.   SHAW *v.* REPLOGLE.   C. A. 9th Cir.   Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–6008.   DANIELS *v.* DUNCAN, WARDEN.   C. A. 9th Cir. Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.